**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:26-cr-00375-BCW-1 |
| Plaintiff, | ***(Theft of Government Money)*** 18 U.S.C. § 641 NMT 10 Years' Imprisonment NMT $250,000 Fine NMT 3 Year Supervised Release Class C Felony |
| v. | |
| JAMES RUSSELL LYON, II, [DOB: 07/26/1946] | |
| Defendant. | $100 Mandatory Special Assessment |

**INFORMATION**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

From on or about October 1, 2024, through at least on or about July 1, 2026, in the Western District of Missouri and elsewhere, the defendant, JAMES R. LYON, willfully and knowingly did steal and purloin money from the United States Department of Veteran Affairs in the form of $124,262.28 in disability benefits, which constituted property of the United States, in violation of 18 U.S.C. § 641.

**ALLEGATION OF CRIMINAL FORFEITURE**

The charging paragraph contained in this information is re-alleged and incorporated by reference for the purpose of alleging a forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 18 U.S.C. § 2461.

Defendant James Lyon shall forfeit to the United States all property, real and personal, constituting and derived from any proceeds defendant obtained directly and indirectly as a result of the violation incorporated by reference in this Allegation, including but not limited to the following:

A money judgment representing proceeds obtained by the defendant in that the sum in aggregate, constitutes or is derived from proceeds traceable to the offenses set forth in this information; and

If any of the above-described forfeitable property of the above-named defendant as a result of any act or omission of the defendant—

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of defendants up to the value of the above-described forfeitable property.

James W. Kirkpatrick
Assistant United States Attorney
Western District of Missouri

Dated: 9/15/26
Kansas City, Missouri